## WHITLEY v. STATE.

No. 27088.

Court of Criminal Appeals of Texas.

June 16, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

The conviction is for the offense of the unlawful possession of marijuana; the punishment is assessed at confinement in the state penitentiary for a term of five years.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.

Opinion approved by the Court